# ATTACHMENT 1

# COMPLAINT FORM
(for non-prisoner filers without lawyers)

FILED
APR 29 2019
US DISTRICT COURT
NEW ALBANY DIVISION

IN THE UNITED STATES DISTRICT COURT
FOR THE **SOUTHERN** DISTRICT OF **INDIANA**

(Full name of plaintiff(s))

**Michael C Davis**

vs

(Full name of defendant(s))

**FLOYD COUNTY OFFICE DEPATMENT OF CHILD SERVICES**
**Christa J. Prather**
**Employee**

Case Number:

**4 : 19-CV- 0086 TWP-DML**

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of **INDIANA** and resides at
    (State)

    **P.O. Box 354, Jeffersonville, IN. 47130**
    (Address)

    (If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant **Christa J. Prather**
(Name)

is (if a person or private corporation) a citizen of **INDIANA**
(State, if known)

and (if a person) resides at **UNKNOWN**
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Floyd County Office Department of Child Services**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

**Please see attached Page 1 of 7**

## STATEMENT OF CLAIM

The Petitioner has been in his 3 biological kids life starting with watching them being born by Angel M. Briles.

The Petitioner fathered and loved Angel Briles first born Mariah Briles Thompson who was only 4 months when they met. He took complete responsibility and raised Angel's 4 month old daughter as his own.

The Petitioner has raised and fathered 4 kids from babies to adulthood. Two children are still in school and two went to college under the Petitioner's guidance.

The Petitioner was a 24 hour father to all 4 kids, & raised them while the mother, Angel Briles, ran the streets. The Petitioner had no choice but to take the majority of the responsibility for the children's' upbringing because the mother had shown to be unstable, unreliable, unpredictable, violent, & could not take the role of being a good mother she had no patient at all  nor could she adjust  to raise her own children by herself the Petitioner had to


On 11/18/99, Angel Briles's charged with attempt of court for snatching on her babies Earlean Davis in front of Judge Joseph P. Weber & the prosecutor during a case which involved a hit & run at Clarksville Town Court (10|01).


In 1999, Angel Briles tried to kill her oldest daughter by repeatedly throwing her across the room because the Petitioner insisted on taking a break from the kids because he had them 24/7 and he needed for her to keep them so he could take a break


The Petitioner grabbed both kids in order to protect them from any further violence from Angel Briles and took them outside so that he could keep them safe from her Angel then proceeded to take her anger out on the Petitioner beating on him outside the apartment of 228 Woodland Drive in New Albany, Indiana.


The Petitioner youngest biological newborn, Angel Marie Briles attempted to kill by smothering the baby from head to toe in blankets, pillows and comforters. The Petitioner found the baby sweating and smothered, appearing to be unconscious. He proceeded to do mouth-to-mouth resuscitation to bring the baby back to conscious. This happened at 13115 Bennettsville Road, Memphis Indiana between the years 2012-2013. Arianna Davis was no more than a month or two old the Petitioner saved his daughter life Angel never did apologize for what she did to

Arianna Davis She claim Post- traumatic stress Angel did this and went work at California Tan on State Street New Albany IN 47150

Angel did this because she didn't want to keep the baby. She went beyond post-traumatic stress and had already threatened to the Petitioner that she would do it. The Petitioner didn't take the threat serious until he found the baby. He already didn't trust her and had thought Angel had taken the child with her.

## **STATEMENT OF CLAIM**

On April 10, 2017 defendant Christa J. Prather, an employee of the Indiana Department of Child Services, came to the address of Angel M. Briles 2521 Roanoke Ave, New Albany IN. to investigate a false report alleging that 18 year old Earlean Davis that there was abuse in the home. The accusations were fabricated. The person who called and reported this false accusation is Tammy Guerin, an employee at the New Albany High School who hated the Petitioner Michael Davis because he made complaints on her for being abusive towards his two daughters Earlean and Mariah Briles

Earlean Davis was of age so there was nothing they could do. The Petitioner video recorded the visit of Christa J. Prather with her knowledge of her being recorded while she was talked to the other two kids Michael S. Davis & Ariana Davis. The Petitioner & Angel Briles both gave consent to the defendant to talk with Michael S. Davis who was a seventh grader at the time. The Petitioner's son, Michael S. Davis denied all accusations of abuse and stated the abuse was false and he had never experienced any whippings/abuse by the Petitioner, his father.

The Petitioner stated after the defendant left, his son Michael S. Davis told him that the defendant was trying to trick him into lying about the alleged abuse.

The defendant got to observe four year old Ariana Davis and stated in her own report that Ariana Davis appeared healthy, happy, & dress appropriately.

Angel Briles denied any type of physical abuse or domestic violence in the household.

The Petitioner stated to the defendant that he did not live in the household, but instead lived in Clark County which is the mailing address that he still has. The defendant lied and said that the

Petitioner lived in Kentucky. The false accusations made by Tammy Guerin were found not to be true.

## **STATEMENT OF CLAIM**

On February 8, 2018 the defendant Christa J. Prather filed child abuse against the Petitioner. The Petitioner was unaware that this assessment had taken place and that he was being accused of child abuse. The Petitioner wasn't aware of this information until December, 26 2018. Once again, the Petitioners son denied all accusations of abuse about his father hitting, whipping, or abusing him of anyone including his little sister, Ariana Davis.

Angel Briles, once again denies any domestic, or physical violence caused by the hands of the Petitioner Michael Davis she stated that there was no physical child abuse or domestic violence.

The defendant has alleged that the Petitioner has whipped the five year old with a belt and cord according to the five year old, Arianna Davis.

The Petitioner denies these false accusations and he knows his daughter; Ariana Davis was coached by the defendant, and Angel Briles. He feels the child was tricked and rewarded for the false accusations. Because it's never happen.

The Petitioner was denied due process and had his rights violated of the 5th and 14th amendment. The Petitioner never received any notifications that he had been accused of child abuse from the Indiana Department of Child Services.

The Defendant mailed the assessment to 2521 Roanoke Avenue New Albany IN 47150 and was well aware that the Petitioner had never lived there and no longer could he be on the property or resident he had an order for protection against him petition by Angel Briles. According to the Petitioner Michael Davis Angel On 7/13/16 & 5/31/17, Angel Briles forged the Petitioner signature and put her name on his PO BOX so that she could have access to his mail the Defendant & Angel Briles was well aware of the Petitioners right mailing address in Clark County and also knew he was not allowed on the property of 2521 Roanoke Avenue New Albany IN 47150

The Petitioner left the residence never to return on 2/8/18 after a search warrant was conducted. It was never his place of address to begin with. The Defendant deliberately failed to

mail the assessment to the right address Defendant use information provided from the Clark County Office DCS assessment that they did on the Petitioner he was never found guilty of 8/10/2011 alleged allegation the assessment was used against the Petitioner to fabricate the accusations.  Done by the Defendant on February 8, 2018

## **STATEMENT OF CLAIM**

On Feb. 26, 2018 the Defendant obtained a professional source by searching My Case for any criminal history for either parent. There were no pending or recent charges for either parent. The Petitioner's son Michael S Davis stated that there was no abuse on three different CPS assessments and that he was not afraid of his father the Petitioner they were in no immediate danger. The defendant has no grounds for accusations against the Petitioner.

Defendant had no legitimate reason for accusing the Petitioner of child abuse

The Petitioner has never been away from his kids. He has been there since birth, and because of the actions of the defendant, the Petitioner has suffered physically and mentally.

The Petitioner kids were in no immediate danger

The Defendant deliberately kept the Department Of Child Services involvement a secret from the Petitioner denying the Petitioner his Right to due process

The Petitioner didn't even know CPS was involved until the end of 2018

Because of the Defendant negligent and prejudice action towards the Petitioner the Petitioner has been unable to exercise his biological parents fundamental Right to parent his kids Constitutional Right Stanley v. Illinois,

The Petitioner can prove that the Floyd County Department of Child Services and Floyd County Superior Court 3 is corrupted by forcing women with children's to lie on the fathers of their kids they are forcing women's to make false accusation about child sexual abuse Assault and Battery on a Child and falsifying domestic violence they are making women's say and do what they want them to say unlawfully by threatening them tell them they are going to take their kids away.  They do this so that they can unjustly convicted innocent people

The Petitioner has audio in video of these unlawful technique and practices that he was asked to report and record the footage is very disturbing

The Petitioner is a victim of FCM and Superior Court 3 and Court Counselor misconduct and corruption      The Petitioner is suing the CPS for mental anguish.

## STATEMENT OF CLAIM

. on December, 26 2018 Michael Davis just now found out that he was accused of child abuse by CPS A family member went with Michael Davis to pick up an assessment that was done on 04/06/2017 a complaint that was sent in by a coach Tammy Guerin and friend of Earlean Davis to CPS, CPS lady showed up by the name of Christa J. Prather. The assessment was recorded by Michael Davis. Christa Prather spoke with 15 yrs. old Michael Davis son Michael S. Davis and she observed Arianna Davis age 4 yrs. and found that the home was at minimal standard that everything was approved, no abused or neglect in the household also the children denied the allegations. On 12/26/2018, Michael Davis went to the Floyd county CPS office to pick up the assessment paper work for 04/06/2017 and learned that he had another assessment paper that he wasn't aware of it because it was file in 02/07/2018 CPS Stated that he allegedly abused his 5year old daughter and 16year old son 02/07/2018. On 02/08/2018 Floyd county Law Enforcement executed a search that was issued by Superior court 3 Judge Granger then detective Kelly brown knowingly used a recorded phone call that Michael wasn't aware of between Michael Davis 1 Angel Briles and their son and daughter Michael S Davis 2 and Arianna Davis Detective Kelly Brown manipulate evidence to make its look like there was violence and the household that Michael was allege But Angel is the one who is the violent one she went to jail for snatching up one of her baby back in 1999 CPS used the false evidence phone call against Michael Davis Michael left the resident after the unlawful search CPS intentionally fail to properly notified Michael Davis of the alleged child abuse neglect assessment without giving Michael Davis the right or a fair chance to appeal any legal issues or decision concerning his kids right or Michael Davis right. CPS has violated Michael Davis Right UNDER COLOR OF LAW the police assisted CPS in deprivation of right Under the Color of Law section 242 of title 18 Floyd County Law Enforcement Floyd County CPS violated his Constitutional Right to parent They violated his fundamental Right 14th and 4th amendment Detective Kelly Brown knowingly help Angel Briles give CPS misleading information concerning a phone conversation between Michael and Angel that Michael was not aware they was being recorded the conversation had nothing to with any child abuse nor domestic violence no one was in any immediate danger whatsoever so she had no reason to get CPS involve

## **STATEMENT OF CLAIM**

I Michael Davis I haven't seen my kids since Feb 8th 2018 Michael Davis or Arianna Davis because of Angel Briles and CPS and detective Kelly Brown I been falsely accused of abuse there been no sexually abused or no physical abused my son Michael S Davis was a teenager when CPS interviewed him without me being present April 6, 2017. CPS received the report that was false. On April 10,2017 FCM spoke with Angel Briles on 12 April 2017 FCM was gained consent to interview Michael s Davis denied any type of physical punishment was use on any child in the home Michael S Davis state that he has not ever seen his father hit anyone much less him or his sister FCM interviewed Angel Brilies who denied that any type of physical discipline is used on any children in the home Angel states that Michael Davis only talks to the children FCM was allow to observe Arianna was healthy in appearance dressed appropriately and happy. Christa j Prather FCM conclusion statement physical abuse is unsubstantiated against Michael Davis and Angel Briles based on a lack of preponderance of the evidence to support that the allegations are true. Both parents deny all the allegations. The children denied the allegations. On February 8, 2018 FCM interviewed Angel Briles once again denied any type of domestic violence physically Angel said nothing physical. Michael S Davis denied any type of physical discipline or any type of sexually touching by his father. FCM and Angel Briles and Mariah Briles Thompson they are responsible for tricking and coaching my 5 year old daughter in to fabricating she was whooped with a belt and cord. Arianna Davis is my daughter and I have never whooped her with anything Arianna Davis and Michael S Davis are the two most important thing in the world to me and I love them unconditionally. On February 26, 2018 FCM obtained a professional source by searching my case for any criminal history for either parent. There were no pending or recent charges for either parent. Here I am being punished just for he-she- say no proof no immediate danger just false accusation and fabrication. But on 11/18.1999 Angel Briles went to jail for a contempt of court for her physical in abusive behavior towards Earlean Davis when she was a baby Angel Briles did it right in front of the honorable judge Joseph P Weber and prosecuting attorney Carl Frazier case summary case no.10101-9911-CM-000997 location Clarksville town court[10101] at 13115 Bennettsville road Memphis in 47143 between 2012 and 2013 Angel Briles try to murder Arianna Davis when she was a baby Angel Briles left the baby to die wrapped up from head to toe and under a bunch of pillows I saved my baby that morning she try to kill Mariah when she was a baby once at apartment 228 woodland Dr Angel Briles threw Mariah Briles Thompson across the room because she got mad Angel has a quick temper. Angel Briles and FCM deliberately failed to notify me of the alleged accusation of abuse Angel Briles knows exactly where I live at PO Box and address I can prove it. Angel been there plenty of time I have a right to see my kids I have a fundamental constructional rights since Stanley v Illinois to parents I'm the biological parent and I have a right to exercise my biological parents rights. FCM CPS denial me due process they took my two kids without due process Angel Briles the mother of my kids is the perpetrator along with FCM or CPS. I want to see my kids I don't care if it a supervised visit It my Constitutional fourteenth amendment and fundamental right. People bring their kids to me for help still people say to me all the time that they wish I was their kids father people know I raise my kids and I'm a good daddy and I was a 24 hour father

## **STATEMENT OF CLAIM**

Emotional Destress and Mental Anguish caused by Law Enforcement

Written by   Michael Davis

Floyd County Law Enforcement and the Floyd County Office Department of Child Services has violated my Constitutional Rights they violated my Constitutional Right to Parent my Fundamental Right they violated the fourteenth amendment 4th amendment individual capacity in order to succeed in a 1983 and 1985 right lawsuit. The police assisted CPS in Deprivation of Rights under the Color of Law 1st, 4th, 6th9th, 14th amendment rights manufacturing of evidence fraudulent petition my kids were not in Any Immediate Danger 1st, 4th, 5th, 6th, 9th, and 14th, DCF/CPS violation of 42 U.S.C 1983 federal district court locator service. Section 1983 litigation in a nutshell section 1983 lawsuit against the police civil right violations 42 U.S.C. 1983 Law Enforcement Criminal Statute That Enforces Constitutional LIMITS ON CONDUCT BY LAW ENFORCEMENT OFFICERS IS 18 U.S.C 242. SECTION 242 SCREWS V UNITED STATES 325 U.S 91.98 [1945] ACTS OF 1871 IS FEDERAL STATUTE NUMBERED 42 U.S.C. 1983 FEDERAL CIVIL RIGHT STATUES TITLE 18, U.S.C. SECTION 249 MATTHEW SHEPARD 242 OF TITLE 18 OBSTRUCTION OF JUSTICE LIED TO INVESTIGATING BY JUDGES POLICE MISCONDUCT MANIPULATED PARENT AND ON INNOCENT CHILD PARENTAL MANIPULATION IN CUSTODY CASES COACHED PARENTAL MANUIPATLATION IN CHILD CUSTODY PARENTAL ALIENATION MALICIOUS MOTHER SYNDROME PARENTAL ALIENATION SYDROME ANGEL M BRILES EMOTIONALLY ABUSIVE OTHERWISE DISREGARDS ANGEL M BRILES IS A NARCISSISTS DOMESTIC VIOLENCE INFLICTTING CONTROL ABUSE INTIMIDATES CONTACTING THE AUTHORITES POLICE CHILD PROTECTIVE SERVICES DOMESTIC VIOLENCE RESTRAINING ORDERS SHELTER REFUGE EVEN IF TEMPORARY WITH FRIEND OR FAMILY ANGEL M BRILES WAS GASLIGHT ING REGULATORY SERVICES, 537 F 3D 404 [5TH CIR.2008] WWW.FIX FAMILY COURTS.COM/ CONLA CTUS/

C.  JURISDICTION

[X]  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ]  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

1. A jury trial on the legal issues involved
2. Monetary compensation for mental cruelty
3. Criminal prosecution against defendants
4. Time lost between Petitioner and his kids
5. $1,000,000 for pain and suffering
6. $5,000,000 relief for physical pain and mental anguish

E.  JURY DEMAND

[X]  Jury Demand – I want a jury to hear my case
         OR
[ ]  Court Trial – I want a judge to hear my case

Dated this 28nd day of April 20 19.

Respectfully Submitted,

*Michael C Davis*
Signature of Plaintiff

(502) 912-3429
Plaintiff's Telephone Number

Carlcarl1965@gmail.com
Plaintiff's Email Address

P.O. Box 354, Jeffersonville, IN. 47130
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[X]  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ]  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.