UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MICHAEL C. DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:19-cv-00086-TWP-DML ) |
| FLOYD COUNTY OFFICE DEPARTMENT OF CHILD SERVICES, and CHRISTA J. PRATHER, | ) ) ) ) |
| Defendants. | ) ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**. The action is dismissed for lack of jurisdiction.

Dated: 5/29/2019

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk of Court

By: _____
Deputy Clerk

Distribution:

Michael C. Davis
P.O. Box 354
Jeffersonville, IN 47130